613 A.2d 1206

**Lori Lee BRANDEMARTE, Appellant,**

v.

**Jongsook PARK, M.D.**

Supreme Court of Pennsylvania.

Argued Sept. 23, 1992.

Decided Oct. 14, 1992.

Theodore E. Breault, Donald G. Lucidi, Pittsburgh, for appellant.

Damon J. Faldowski, Kathleen Smith–Delach, Phillips & Faldowski, Washington, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.